**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAURO HERNANDEZ,

        Plaintiff,

-against-

CORIANDER FACTORY INC.

        Defendant.

CASE NO.
1:22-cv-05655-GHW

**ORDER OF DISMISSAL WITH PREJUDICE**

ECF Case,

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel of record for Plaintiff and Defendant that any and all claims asserted by Plaintiff in the above-entitled action are hereby discontinued and dismissed with prejudice pursuant to F.R.C.P. 41(a)(2), as against Defendant, without costs or attorneys' fees to any party as against another, except as specified in the parties' settlement agreement.

Dated: February 3, 2023
      New York, New York

By: *Lawrence Spasojevich*
Lawrence Spasojevich, Esq.
*Attorney for the Plaintiff(s)*
**Aidala, Bertuna & Kamins, P.C.**
546 5th Avenue, 6th Floor
New York, New York 10036

Dated: February 3, 2023
      New York, New York

By: /s/
Alexander Sakin
*Attorney for the Defendant*
**Law Office of Alexander Sakin, LLC**
5 West 37th Street, Suite 638
New York, New York 10018

_____
So Ordered

For the reasons stated on the record during the hearing held on February 3, 2023, the Court finds the parties' proposed settlement to be fair and reasonable. Accordingly, the Court approves the parties' stipulated dismissal with prejudice pursuant to Rule 41(a)(2). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: February 6, 2023
New York, New York

GREGORY H. WOODS
United States District Judge